UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2020

David J. Bradley, Clerk

UNITED STATES OF AMERICA §
§
v. §
§ Criminal No. M-20-593
MANUEL VALENCIO OROZCO §

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 2, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MANUEL VALENCIO OROZCO**

did knowingly possess a machinegun, to wit: (1) One Glock-type, select-fire conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### NOTICE OF FORFEITURE
### 18 U.S.C. §922(o)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**MANUEL VALENCIO OROZCO**

that upon conviction of a violation of Title 18, United States Code, Section 922(o), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

(1) One Glock-type, select-fire conversion device.

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY